### HARRIS-LOVETT MOTOR CO. v. McDONALD.

Court of Appeals of Kentucky.
May 8, 1953.

Robert J. Watson, Middlesboro, for movant.

Cleon K. Calvert and William Stone, Pineville, opposed.

PER CURIAM.

The judgment in this case for $536.39 was rendered in favor of J. H. McDonald on a directed verdict after the Harris-Lovett Motor Company declined to offer proof. The case is reviewable by motion for an appeal under Chapter 24 of the 1952 Session Acts, which became effective June 19, 1952.

We have examined the case carefully and are not disposed to disturb the judgment. Therefore, it is affirmed.